KM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tomas Perez-Nix,<br><br>    Petitioner,<br><br>v.<br><br>Todd M. Lyons, et al.,<br><br>    Respondents. | No.   CV-26-00891-PHX-MTL (DMF)<br><br><br>**ORDER** |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention.[1] (Doc. 1.)

Petitioner states he entered the United States in 2003, at the age of 15, and has continuously lived in the United States since that time. Petitioner asserts he has no criminal record and is not a danger to the community. On November 4, 2025, Petitioner was arrested and detained by Immigration and Customs Enforcement (ICE) officers after Petitioner's vehicle broke down and the law enforcement officers who responded contacted ICE.

Petitioner raises five counts for relief:

    (1)    "Violation of the Fourth Amendment of the United State[s] Constitution Unreasonable Seizure";

    (2)    "Violation of the Administrative Procedure Act – 5 U.S.C. § 706(2)(A) Violation of 8 C.F.R. § 287.8(b)(2) Detentive Stop Without Reasonable Suspicion";

---

[1] Petitioner has also filed a Motion for Temporary Restraining Order (Doc. 2). Because the Court will Order an expedited response to the Petition, the Court finds preliminary injunctive relief is not warranted at this time and will deny the Motion

(3) "Violation of the Administrative Procedure Act – 5 U.S.C. § 706(2)(A) Violation of 8 U.S.C. § 1357(a)(2), 8 C.F.R. § 287.8(c)(2)(i) Warrantless Arrest Without Probable Cause of Immigration Violation";

(4) "Violation of the Administrative Procedure Act – 5 U.S.C. § 706(2)(A) Violation of 8 U.S.C. § 1357(a)(2), 8 C.F.R. § 287.8(c)(2)(ii) Warrantless Arrest Without Probable Cause of Likelihood of Escape";

(5) "Violation of the Administrative Procedure Act – 5 U.S.C. § 706(2)(A) Violation of *Castanon Nava* Settlement Agreement/Nationwide Policy on Warrantless ICE Arrests and Vehicle Stops"; and

(6) "Violation of Fifth Amendment Right to Due [P]rocess Procedural Due Process."

The Court will require Respondents to answer the Petition. Any response must be supported by documentary evidence including, if applicable, affidavits by individuals with personal knowledge of the factual statements made therein and signed under penalty of perjury.

**IT IS ORDERED:**

(1) Petitioner's Motion for Temporary Restraining Order (Doc. 2) is **denied without prejudice**.

(2) Counsel for Petitioner must immediately serve the Petition (Doc. 1) on Respondents.

(3) If not already issued, the Clerk of Court must issue any properly completed summonses.

(4) The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Katherine Branch at katherine.branch@usdoj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(5) Respondents must respond to the Petition no later than **February 25, 2026**.

(6)   Petitioner may file a reply no later than **March 4, 2026**.

Dated this 11th day of February, 2026.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge