IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tomas Perez-Nix,<br><br>          Petitioner,<br><br>v.<br><br>Todd M Lyons, et al.,<br><br>          Respondents. | No. CV-26-00891-PHX-MTL (DMF)<br><br>**ORDER** |

Petitioner challenged his present immigration detention. (Doc. 1.) The Court directed Respondents to answer the Petition. (Doc. 5.) Respondents' response stated "Respondents do not oppose the release of the Petitioner." (Doc. 7.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

. . . .

. . . .

. . . .

. . . .

1   **IT IS FINALLY ORDERED** any pending motions are denied as moot and the
2   Clerk of Court shall enter judgment in Petitioner's favor and close this case.
3   Dated this 26th day of February, 2026.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge